(No. 6598-

THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, APPELLATE COURT, Respondent.

*Opinion filed June 13, 1972.*

THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.